EARL A. J. TURGEON, as Administrator of the Estate of JOSEPH A. TURGEON, Deceased, Respondent, v. WILLIAM MAZZIOTT, Doing Business as BILL'S GARAGE, Appellant. HOWARD B. PHELON, as Administrator of the Estate of RUTH F. MOFFIT, Deceased, Respondent, v. WILLIAM MAZZIOTT, Doing Business as BILL'S GARAGE, Appellant. CLAYTON W. AMMON, as Administrator of the Estate of ALBERT CROSS, JR., Deceased, Respondent, v. WILLIAM MAZZIOTT, Doing Business as BILL'S GARAGE, Appellant.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.